**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**STEPHEN M. REAMS**                                **CIVIL ACTION**

**VERSUS**

**KIRSTJEN M. NIELSEN**                             **NO.   18-389-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.70) dated March 3, 2021, to which no objection was filed,

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 59) filed by Defendant, is GRANTED and that all of Plaintiff Stephen Reams's claims are DISMISSED WITH PREJUDICE.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>March 19, 2021</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**